**FILED**

**United States Bankruptcy Court
for the District of Columbia**

JAN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

David W. Edwards

Debtor(s)

Case Number: 05-2168

FILED

Clerk
U.S. Bankruptcy Court for D.C.

TO:   **Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **DE NOVO REVIEW** in the above-captioned bankruptcy
proceeding.  Included in the transmittal is a copy of order being appealed and a certified copy of
the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|-----|----------|-------|
| 51 | Chapter 7 Trustee's Final Report and Account Amended | Mark E. Albert, Trustee |
| 57 | Objection | Brenda Moore-Edwards |
| 59 | Order Directing Clerk Re Handling of Request of Brenda Moore-Edwards for DE NOVO REVIEW (Entitled "Objection to Trustee's Final Report") | Court |

**Other comments:**

CASE NUMBER  1:07CV00189

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 01/29/2007

**The parties to the order appealed and their respective attorneys are as follows:**

| **Appellant/Plaintiff** | **Attorney** |
| --- | --- |
| Brenda Moore-Edwards | Pro Se |
| **Appellee/Defendant** | **Attorney** |
| Mark E. Albert, Trustee | **Marc E. Albert**<br>Stinson, Morrison, & Hecker, LLP<br>1150 18th Street, NW<br>Suite 800<br>Washington, DC 20036-3816 |

For the Clerk,

Dated: 12/06/2006          Deputy Clerk: Renee Jackson

Please return a copy of this transmittal with the following information:

District Court Case Number:
          Judge Assigned:          *[Affix Label Here]*
          Date Stamp:

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**EDWARDS, DAVID W.**

**Case No. 05-02168 TSM**

**CHAPTER 7**

_____ **Debtor(s)** _____

### TRUSTEE'S AMENDED FINAL REPORT AND PROPOSED DISTRIBUTION

MARC E. ALBERT, Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of Court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:    October 20, 2006          /s/ MARC E. ALBERT
                                     MARC E. ALBERT, Trustee

DB03/773380 0103/7131411.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
DC

IN RE:
EDWARDS, DAVID W.

Case No. 05-02168 TSM

CHAPTER 7

Debtor(s)

TRUSTEE'S AMENDED FINAL REPORT AND
PROPOSED DISTRIBUTION TO CREDITORS

The Chapter 7 petition commencing this case was filed on 10/15/2005.

The trustee certifies that the balance of the estate accounts are as follows:

The Trustee certifies that the balance of the estate's bank account at JPMORGAN CHASE BANK, N.A., account no. ********4265, is $34,980.12.  This balance includes all interest earned through the date of preparation of this Final Report. As of the filing of this Final Report, all monies have been placed in an interest bearing account. (Attached hereto are bank statements and cancelled checks to date from all estate accounts.)

All property of the estate, except that claimed exempt by the debtor(s), (without objection, or determined by the Court as exempt) has been inventoried, collected and liquidated. (See Form 1, which contains an inventory of the estate.) Any property not heretofore abandoned is now abandoned by the trustee and is scheduled on the attached Application to Abandon Property.

The trustee has examined the proofs of claim and objected to the allowance of any claim that is improper. All objections to claims of creditors made by the trustee have been either heard or determined by the Court. (See attachment).

The trustee's Application for Compensation and Reimbursement of Expenses which shows the computation of such compensation is attached.  Applications for Approval of Compensation and Expenses of Professional Persons have been filed with the Court and the Office of the United States Trustee.

Having administered the Debtor(s) estate as herein before stated, the trustee reports to the Court as follows:

SUMMARY OF ACCOUNT AS OF 10/17/2006

| | | | | |
|---|---|---|---|---|
| 1. | Total funds/receipts (See Form 2) | | $ | 43,849.72 |
| 2. | Less actual disbursements to date | | $ | 8,869.60 |
| | a. | Separately show exemptions actually paid debtors | $ | 0.00 |
| 3. | Amount now available for distribution | | $ | 34,980.12 |
| 4. | Proposed Disbursements | | | |
| | a. | For secured claims | $ | 0.00 |
| | b. | For administrative expenses | | |
| | | (1)   Trustee's fee[1] | $ | 5,125.71 |
| | | (2)   Trustee's expenses | $ | 0.00 |
| | | (3)   Attorney for Trustee | $ | 0.00 |
| | | U.S. Trustee Fee | $ | 0.00 |
| | | Court Costs | $ | 0.00 |
| | | (4)   Other | $ | 0.00 |
| | c. | For priority claims | $ | 29,854.41 |
| | d. | For unsecured claims[1] | $ | 0.00 |
| | e. | Other: (list) | $ | 0.00 |

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:    October 20, 2006            /s/ MARC E. ALBERT
                                      MARC E. ALBERT, Trustee
                                      Stinson Morrison Hecker LLP
                                      1150 18th Street, NW
                                      Suite 800
                                      Washington, DC  20036
                                      (202) 785-9100

---

[1] The proposed amount will be increased to reflect additional interest earned until the date of distribution.

## ANALYSIS OF CLAIMS

CASE NAME:              EDWARDS, DAVID W.
CASE NO.:               05-02168 TSM
BAR DATE FOR CLAIMS:    04/25/2006
CLAIMS REVIEWED BY:     MARC E. ALBERT, Trustee

| CLAIM NO. | CREDITOR'S NAME | DATE OF CLAIM | SECURED AMOUNT | PRIORITY AMOUNT | UNSECURED AMOUNT | OBJECTION/ DISPOSITION |
|---|---|---|---|---|---|---|
| 1 | American Express Bank FSB | 02/21/2006 | | | 23,536.43 | |
| 2 | American Express Centurion Bank | 02/21/2006 | | | 35,765.93 | |
| 3 | American Express Travel Related Services Co Inc | 02/21/2006 | | | 14,095.79 | |
| 4A | Internal Revene Service | 02/22/2006 | | 125,942.47 | | |
| 4B | Internal Revene Service | 02/22/2006 | | | 11,943.35 | |
| 5 | eCAST Settlement Corporation assignee of | 04/04/2006 | | | 15,630.09 | |
| 6 | LVNV Funding LLC. | 04/12/2006 | | | 8,220.83 | |
| 7 | Citibank (South Dakota), N.A. | 04/19/2006 | | | 27,330.59 | |
| 8 | Brenda Moore-Edwards | 04/26/2006 | | 87,000.00 | | YES-Objection by debtor to this claim was sustained. Hearing held 10/17/2006. Claim disallowed in its entirety. |
| | | | | | | |
| | TOTAL | | 0.00 | 212,942.47 | 136,523.01 | |

## TRUSTEE'S OBJECTIONS TO PROOFS OF CLAIM

CASE NAME:     EDWARDS, DAVID W.

CASE NO.:     05-02168 TSM

TRUSTEE     MARC E. ALBERT

| CLAIM NO. | CREDITOR | REASON FOR OBJECTION | DISPOSITION |
|---|---|---|---|
| 8 | Brenda Moore-Edwards<br>798 Col. Edmonds Court<br>Warrenton, VA  20186 | | Y |

## APPLICATION TO ABANDON PROPERTY

Unless a written objection to this proposed abandonment of property is filed with the Clerk of the Court and served upon the Chapter 7 trustee, the Chapter 7 trustee, pursuant to 11 U.S.C. Section 554, abandons the following property for the reason stated:

| DESCRIPTION OF PROPERTY | LIEN HOLDER | REASON FOR ABANDONMENT |
|---|---|---|
| CASH ON HAND | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| BANK ACCOUNTS | | Not being administered |
| Landlord's Security Deposit | | Not being administered |
| HOUSEHOLD GOODS AND FURNISHINGS | | Not being administered |
| HOUSEHOLD GOODS AND FURNISHINGS | | Not being administered |
| HOUSEHOLD GOODS AND FURNISHINGS | | Not being administered |
| Son's Belongings | | Not being administered |
| BOOKS AND ART OBJECTS | | Not being administered |
| WEARING APPAREL | | Not being administered |
| JEWELRY | | Not being administered |
| FIREARMS AND HOBBY EQUIPMENT | | Not being administered |
| FIREARMS AND HOBBY EQUIPMENT | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| INTERESTS IN INSURANCE POLICIES | | Not being administered |
| PENSION PLANS AND PROFIT SHARING | | Not being administered |
| STOCK AND BUSINESS | | Not being administered |

3

INTERESTS

AUTOMOBILES AND OTHER VEHICLES

Not being administered

OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES

Not being administered

OTHER PERSONAL PROPERTY

Not being administered

CASE NAME:     EDWARDS, DAVID W.

CASE NO.:      05-02168 TSM

TRUSTEE        MARC E. ALBERT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
DC

IN RE:
EDWARDS, DAVID W.

Case No. 05-02168 TSM

CHAPTER 7

Debtor(s)

## CERTIFICATION BY TRUSTEE OF CLAIMS REVIEW

I hereby certify that I have reviewed and properly disposed of all claims in the above referenced case.

Dated: ___October 20, 2006___

/s/ MARC E. ALBERT
MARC E. ALBERT, Trustee

# Claims Proposed Distribution

## Case: 05-02168   EDWARDS, DAVID W.

**Case Balance:**    $34,980.12    **Total Proposed Payment:**    $34,980.12    **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARC E. ALBERT <2100-00  Trustee Compensation> | Admin Ch. 7 | 5,125.71 | 5,125.71 | 0.00 | 5,125.71 | 5,125.71 | 29,854.41 |
| | Stinson Morrison Hecker LLP <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 133.60 | 133.60 | 133.60 | 0.00 | 0.00 | 29,854.41 |
| | Stinson Morrison Hecker LLP <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,701.50 | 8,701.50 | 8,701.50 | 0.00 | 0.00 | 29,854.41 |
| 8 | Brenda Moore-Edwards | Priority | 87,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 29,854.41 |
| | **Claim Memo:**   Objection by debtor to this claim was sustained. Hearing held 10/17/2006. Claim disallowed in its entirety. | | | | | | | |
| 4A | Internal Revene Service | Priority | 125,942.47 | 125,942.47 | 0.00 | 125,942.47 | 29,854.41 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 1 | American Express Bank FSB | Unsecured | 23,536.43 | 23,536.43 | 0.00 | 23,536.43 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 2 | American Express Centurion Bank | Unsecured | 35,765.93 | 35,765.93 | 0.00 | 35,765.93 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 3 | American Express Travel Related Services Co Inc | Unsecured | 14,095.79 | 14,095.79 | 0.00 | 14,095.79 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 4B | Internal Revene Service | Unsecured | 11,943.35 | 11,943.35 | 0.00 | 11,943.35 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 5 | eCAST Settlement Corporation assignee of | Unsecured | 15,630.09 | 15,630.09 | 0.00 | 15,630.09 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 6 | LVNV Funding LLC. | Unsecured | 8,220.83 | 8,220.83 | 0.00 | 8,220.83 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| 7 | Citibank (South Dakota), N.A. | Unsecured | 27,330.59 | 27,330.59 | 0.00 | 27,330.59 | 0.00 | 0.00 |
| | **Claim Memo:**    Unsecured | | | | | | | |
| | **Total for Case 05-02168 :** | | **$363,426.29** | **$276,426.29** | **$8,835.10** | **$267,591.19** | **$34,980.12** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $13,960.81 | $13,960.81 | $8,835.10 | $5,125.71 | 100.000000% |
| **Total Priority Claims :** | $212,942.47 | $125,942.47 | $0.00 | $29,854.41 | 23.704800% |
| **Total Unsecured Claims :** | $136,523.01 | $136,523.01 | $0.00 | $0.00 | 0.000000% |

(*) Denotes objection to Amount Filed

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 05-02168 TSM
**Case Name:** EDWARDS, DAVID W.
**Period Ending:** 10/20/06

**Trustee:** (730070)    MARC E. ALBERT
**Filed (f) or Converted (c):** 10/15/05 (f)
**§341(a) Meeting Date:** 11/29/05
**Claims Bar Date:** 04/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Andrews FCU - Acct# 210179727 | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>Bank of America Checking Account # 1921146301 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>Bank of America Checking Account # 1918678222 | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>Chevy Chase Checking Account # 767 320 0139 | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>Chevy Chase Checking Account # 7674300056 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Landlord's Security Deposit | 2,400.00 | 2,400.00 | DA | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS<br>2 beds, 2 dressers, 2 nightstands, 2 lamps, 2 chests w/<br>drawers, stereo, tv, vcr, dvd player. | 250.00 | 250.00 | DA | 0.00 | FA |
| 9 | HOUSEHOLD GOODS AND FURNISHINGS<br>Kitchen equipment, pots, pans, dining room table w/ 4<br>chairs, kitchen table w/ 2 chairs | 100.00 | 100.00 | DA | 0.00 | FA |
| 10 | HOUSEHOLD GOODS AND FURNISHINGS<br>sofa, stuffed chair, 2 tables, 2 lamps, stereo | 50.00 | 50.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-02168 TSM
**Case Name:** EDWARDS, DAVID W.

**Period Ending:** 10/20/06

**Trustee:** (730070)    MARC E. ALBERT
**Filed (f) or Converted (c):** 10/15/05 (f)
**§341(a) Meeting Date:** 11/29/05
**Claims Bar Date:** 04/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Son's Belongings<br>Son's toys, tv, electronic games, son's clothing.<br>Value is likely $400. Debtor lists as $0 as this is the<br>value of his interest in this property. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | BOOKS AND ART OBJECTS<br>50 books, misc curios, brick a brack | 1.00 | 1.00 | DA | 0.00 | FA |
| 13 | WEARING APPAREL<br>8 suits, 10 dress shirts, 8 slacks, 10 t-shirts, 4 sport<br>coats, 2 jackets, top coat, 8 pr. dress shoes, 3 pr.<br>sneakers, pr. boots, 4 sweaters, misc other items of<br>clothing. | 10.00 | 10.00 | DA | 0.00 | FA |
| 14 | JEWELRY<br>watch, cuff links, wedding ring | 10.00 | 10.00 | DA | 0.00 | FA |
| 15 | FIREARMS AND HOBBY EQUIPMENT<br>26" bicycle | 400.00 | 400.00 | DA | 0.00 | FA |
| 16 | FIREARMS AND HOBBY EQUIPMENT<br>4 fishing rods & assorted tackle; camera, golf clubs. | 100.00 | 100.00 | DA | 0.00 | FA |
| 17 | INTERESTS IN INSURANCE POLICIES<br>State Farm Business Liability Insurance. Umberella<br>policy for general liability. | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-02168 TSM |
|---|---|
| Case Name: | EDWARDS, DAVID W. |
| Period Ending: | 10/20/06 |

| Trustee: | (730070) | MARC E. ALBERT |
|---|---|---|
| Filed (f) or Converted (c): | 10/15/05 (f) | |
| §341(a) Meeting Date: | 11/29/05 | |
| Claims Bar Date: | 04/25/06 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Hartford workmans' comp. | | | | | |
| 19 | INTERESTS IN INSURANCE POLICIES<br>AARP Term Life, $50,000 death benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | INTERESTS IN INSURANCE POLICIES<br>All State Renters' Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | INTERESTS IN INSURANCE POLICIES<br>Blue Cross/Blue Shield | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | INTERESTS IN INSURANCE POLICIES<br>State Farm Auto Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | INTERESTS IN INSURANCE POLICIES<br>TIAA-CREF Term Life, $489,000 death benefit | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | PENSION PLANS AND PROFIT SHARING<br>TIAA-CREF Retirement Plan | 5,658.17 | 0.00 | DA | 0.00 | FA |
| 25 | STOCK AND BUSINESS INTERESTS<br>d/b/a/ Edwards' Consulting.  Principally a contractor of<br>the DC Police Department. | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | ACCOUNTS RECEIVABLE<br>Metro Police Dept. | 45,010.00 | 39,010.00 | | 43,680.00 | FA |
| 27 | AUTOMOBILES AND OTHER VEHICLES<br>2006 Toyota Highlander | 22,000.00 | 22,000.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 4

**Case Number:** 05-02168 TSM
**Case Name:** EDWARDS, DAVID W.
**Period Ending:** 10/20/06

**Trustee:** (730070)    MARC E. ALBERT
**Filed (f) or Converted (c):** 10/15/05 (f)
**§341(a) Meeting Date:** 11/29/05
**Claims Bar Date:** 04/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>2 desks, 2 chairs, 2 computers, 4 bookcases, lateral<br>file, small file, printer, lamps, computer books. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | OTHER PERSONAL PROPERTY<br>Mr. Fluffums (rabbit from hell) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 169.72 | Unknown |
| 30 | **Assets    Totals (Excluding unknown values)** | **$77,619.17** | **$64,331.00** | | **$43,849.72** | **$0.00** |

**Major Activities Affecting Case Closing:**
Final Report sent to UST Office 6-27-06

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):** August 16, 2006 (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-02168 TSM | |
| **Case Name:** | EDWARDS, DAVID W. | |
| **Taxpayer ID #:** | 13-7502658 | |
| **Period Ending:** | 10/20/06 | |

| | |
|---|---|
| **Trustee:** | MARC E. ALBERT (730070) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*42-65 - Money Market Account |
| **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/06 | (26) | Government of the District of Columbia | Accounts Receivable | 1121-000 | 43,680.00 | | 43,680.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 20.11 | | 43,700.11 |
| 04/26/06 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/26/2006 - Bond # 016026479 - FOR CASE #05-02168 | 2300-000 | | 34.50 | 43,665.61 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.67 | | 43,693.28 |
| 05/30/06 | | To Account #\*\*\*\*\*\*4266 | SMH Fees and Expenses Per Order Entered 5/25/2006 | 9999-000 | | 8,835.10 | 34,858.18 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 29.31 | | 34,887.49 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.95 | | 34,910.44 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.73 | | 34,934.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.74 | | 34,957.91 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.21 | | 34,980.12 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 43,849.72 | 8,869.60 |
| Less: Bank Transfers | | 0.00 | 8,835.10 |
| **Subtotal** | | 43,849.72 | 34.50 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$43,849.72** | **$34.50** |

{} Asset reference(s)

Printed: 10/20/2006 08:53 AM    V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-02168 TSM
**Case Name:** EDWARDS, DAVID W.

**Taxpayer ID #:** 13-7502658
**Period Ending:** 10/20/06

**Trustee:** MARC E. ALBERT (730070)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****42-66 - Checking Account
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/06 | | From Account #*******4265 | SMH Fees and Expenses Per Order Entered 5/25/2006 | 9999-000 | 8,835.10 | | 8,835.10 |
| 05/30/06 | 101 | Stinson Morrison Hecker LLP | SMH Fees Per Order Entered 5/25/2006 | 3110-000 | | 8,701.50 | 133.60 |
| 05/30/06 | 102 | Stinson Morrison Hecker LLP | SMH Expenses Per Order Entered 5/25/2006 | 3120-000 | | 133.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,835.10** | **8,835.10** | **$0.00** |
| | | | Less: Bank Transfers | | 8,835.10 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **8,835.10** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,835.10** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****42-65 | 43,849.72 | 34.50 | 34,980.12 |
| Checking # ***-*****42-66 | 0.00 | 8,835.10 | 0.00 |
| | $43,849.72 | $8,869.60 | $34,980.12 |

{} Asset reference(s)

Printed: 10/20/2006 08:53 AM    V.8.12

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| DAVID W. EDWARDS, | ) | Case No. 05-02168 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

ORDER DISAPPROVING FINAL REPORT (DOCKET ENTRY 41), APPROVING
AMENDED FINAL REPORT, TRUSTEE'S APPLICATION FOR COMPENSATION
AND DIRECTING FINAL DISTRIBUTION OF FUNDS ON HAND

This case came before the Court on the Trustee's Final Report and Proposed Distribution,

docket entry number 41, and the Objection filed thereto by the Debtor, docket entry number 46.

The Debtor's Objection pertained to the proposed payment of claim number 8 filed by

Brenda Moore Edwards. The Debtor had simultaneously filed an objection to claim number 8.

After hearings on September 19, 2006 and October 17, 2006, the Court sustained the Debtor's

objection to claim and disallowed claim number 8. The Court approved the final report, as amended to reflect the disallowance of claim 8.

The Trustee having filed his Amended Final Report reflecting the disallowance of claim number 8, it is

ORDERED that the initial Final Report filed by Marc E. Albert, Chapter 7 Trustee, docket entry 41, is DISAPPROVED and the Objection filed to that Final Report is SUSTAINED; and it is

FURTHER ORDERED that the Amended Final Report filed by Marc E. Albert, Chapter 7 Trustee is APPROVED; and it is

FURTHER ORDERED that the Trustee's Commission Compensation is hereby approved in the amount of Commission $5,125.71 and Expenses $0.00, and it is

FURTHER ORDERED that the Trustee is directed to make final distribution of the funds on hand in accordance with the proposed distribution, the priorities set forth in 11 U.S.C. § 507 and as set forth in this Order; and it is

FURTHER ORDERED that the Commission Compensation approved herein may be increased to include commissions earned on interest through the date of distribution and that the distribution to creditors be increased to reflect interest accrued through the date of distribution.

Copies To:

US Trustee
Trustee

**END OF ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                              )
    David W. Edwards            )          Case No. 05-02168
         Debtor            )          Chapter 7

**FILED**
NOV 0 9 2006
Clerk
U.S. Bankruptcy Court for D.C.

## OBJECTION TO TRUSTEE'S FINAL REPORT

    Comes now the Creditor, Brenda Moore-Edwards, and files her Objection to the Trustee's Final Report.

    **RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE pursuant to Rule 603(a), DE NOVO REVIEW, and pursuant to 28 U.S.C. Section 157(c)(1).**

    The Creditor, Brenda Moore-Edwards, filed her Objection to the Court's Order Disallowing Claim No. 8 of Brenda Moore-Edwards pursuant to Rule 603(a) , De Novo Review and pursuant to 28 U.S.C. Section 157(c)(1) on November 3, 2006.

    The Trustee's Final Report should be based upon the **requested ruling from a UNITED STATES DISTRICT JUDGE pursuant to Rule 603(a), DE NOVO REVIEW, and pursuant to 28 U.S.C. Section 157(c)(1).**

    **WHEREFORE**, Creditor requests that the Trustee's Final Report be denied .

Respectfully submitted,

*Brenda Moore Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

## POINTS AND AUTHORITIES

1.    28 U.S.C. Section 157(c)(1).
2.    Rule 603(a).
3.    The Record herein.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, to:

Edward M. Kimmel, Esq.
Kimmel & Roxborough
7629 Carroll Avenue, Southern Suite 4
Takoma Park, Maryland 20912

Darrell W. Clark, Esq.
Stinson Morrison Heckler LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036

Last Known Address of David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816


Date: _Nov. 9, 2006_

_Brenda Moore Edwards_

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                              )
     David W. Edwards          )        Case No. 05-02168
             Debtor        )        Chapter 7

### NOTICE OF OBJECTION TO
### TRUSTEE'S FINAL REPORT

**PLEASE TAKE NOTICE** that the Creditor, Brenda Moore-Edwards, has filed an Objection to the Trustee's Final Report and is requesting **RELIEF FROM A UNITED STATES DISTRICT JUDGE pursuant to Rule 603(a), DE NOVO REVIEW, and pursuant to 28 U.S.C. Section 157(c)(1)**. The Objection seeks the denial of the Trustee's Final Report.

**PLEASE TAKE NOTICE that within 20 days after the mailing of the notice you must file and serve a written objection to the DE NOVO Review of the Creditor's Objection to the Trustee's Final Report, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the U.S. Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, DC 20001, and served (by delivery of mailing a copy) upon the undersigned.** The objection must contain a complete specification of the factual and legal grounds upon which it is based.

**IF YOU FAIL TO FILE A TIMELY OBJECTION TO THE DE NOVO REVIEW OF THE CREDITOR'S OBJECTION TO THE TRUSTEE'S FINAL REPORT MAY BE APPROVED BY THE COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing if the objection filed states inadequate grounds for denial.

Respectfully submitted,

*Brenda Moore Edwards*

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, to:

Edward M. Kimmel, Esq.
Kimmel & Roxborough
7629 Carroll Avenue, Southern Suite 4
Takoma Park, Maryland 20912

Darrell W. Clark, Esq.
Stinson Morrison Heckler LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036

Last Known Address of David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Date: _Nov. 9, 2006_

_Brenda Moore-Edwards_

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186
540 347 5367

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )
      David W. Edwards          )          Case No. 05-02168
                  Debtor         )          Chapter 7
_____)

### ORDER

       This matter came before the Court on the Objection to the Trustee's Final Report
by the Creditor, Brenda Moore-Edwards.

       After reviewing the evidence presented and response of all interested parties, it is
the finding of this Court that the Creditor has established that the testimony and evidence
provided was insufficient for the filing of the Trustee's Final Report.

       **WHEREFORE,** it is the order and judgment of this Court that the Trustee's Final
Report should be and hereby is **DENIED.**

### END OF ORDER

1

SERVE:

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, Virginia 20186

Darrell W. Clark, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036

David W. Edwards
6312 Wiscasset Road
Bethesda, Maryland 20816

Edward Kimmel
7629 Carroll Avenue
Takoma Park, Maryland 20912

2

The order below is hereby signed.

Signed: November 21, 2006.



SMartin Teel jr
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                        )
                             )
DAVID W. EDWARDS,            )    Case No. 05-02168
                             )    (Chapter 7)
              Debtor.        )

ORDER DIRECTING CLERK RE HANDLING
OF REQUEST OF BRENDA MOORE-EDWARDS FOR
DE NOVO REVIEW (ENTITLED "OBJECTION TO TRUSTEE'S FINAL REPORT")

On November 9, 2006, Brenda Moore-Edwards, proceeding *pro se*, filed a document entitled "Objection to Trustee's Final Report" (the "Objection") in which she apparently requests de novo review by the District Court of this court's approval of the trustee's amended final report. That amended final report was approved pursuant to the "Order Disapproving Final Report (DE# 41), Approving Amended Final Report, Trustee's Application for Compensation and Directing Final Distribution of Funds on Hand" entered in this court on October 27, 2006.[1]  The Objection seeks

---

[1]  The amended final report reflects changes required to make the report consistent with this court's order disallowing Ms. Moore-Edwards's proof of claim that was filed in the case. Ms. Moore-Edwards has sought de novo review of that order as well.

de novo review by the District Court pursuant to 28 U.S.C. §

157(c)(1), but Ms. Moore-Edwards is in error in thinking that

review by the District Court of the order may be sought by way of

the procedures of 28 U.S.C. § 157(c)(1).  Nevertheless, this

court has no choice other than to direct the Clerk to transmit

the Objection to the Clerk of the District Court.

I

INAPPLICABILITY OF DE NOVO REVIEW PROVISION

Section 157(c)(1) applies only to non-core proceedings.  The

debtor objected to the approval of the original final report

because he had an objection to Ms. Moore-Edwards's claim pending

and argued that the final report should be adjusted to reflect

the outcome of that objection to claim.  The proceeding to

determine necessary adjustments to the final report was

quintessentially a core proceeding addressing disposition of the

res (the bankruptcy estate) being administered by the trustee.

See 28 U.S.C. § 157(b)(2)(A) (listing as a core proceeding

"matters concerning the administration of the estate").  It is

for that reason that the court did not issue proposed findings of

fact and conclusions of law for review by the District Court as

would have been required by § 157(c)(1) had the proceeding been a

non-core proceeding.  Accordingly, this is not a matter proper

for de novo review by the District Court, and I recommend that

the District Court should dismiss the Objection once it is

2

docketed in the District Court.

II

THE OBJECTION IS NOT A NOTICE OF APPEAL

As authorized by 28 U.S.C. § 157(b)(1), and subject to
review under 28 U.S.C. § 158, the bankruptcy court entered an
order approving the amended final report.  Such an order can be
reviewed by the District Court only by way of appeal.  28 U.S.C.
§ 158(a)(1).  Such an appeal must be effectuated by a timely
notice of appeal under Federal Rules of Bankruptcy Procedure
8001(a) and 8002.  The document that Ms. Moore-Edwards filed
cannot be construed as a notice of appeal as it does not seek
review by way of appeal and does not, as required by Rule
8001(a), conform substantially with Official Form 17.  Moreover,
if the document were treated as a notice of appeal, Ms. Moore-
Edwards has not paid the notice of appeal fee of $5.00 and the
docketing fee of $250.00 owed upon filing a notice of appeal.  No
fee is triggered by the filing of a request under § 157(c)(1) for
de novo review.  The court will not view Ms. Moore-Edwards's
having filed a notice of appeal (and having thereby incurred a
liability for paying $255.00 in fees).

III

DISPOSITION OF REQUEST FOR DE NOVO REVIEW

Unfortunately, this court cannot dismiss Ms. Moore-Edwards's
Objection as a procedurally improper document.  The District

3

Court is the appropriate court to determine that de novo review
is unavailable. Accordingly, the Clerk must process the
Objection in accordance with the procedures of District Court
Local Bankruptcy Rule 9033-1. On November 24, 2006, the time
will expire for the debtor and the trustee to make designations
of parts of the record that they believe should be considered by
the District Court (were the Objection a proper request for de
novo review). See District Court Local Bankruptcy Rule 5011-2(d)
(made applicable by District Court Local Bankruptcy Rule 9033-
1(b)). But presumably they will see no reason to designate any
parts of the record to transmit as this is plainly not a matter
reviewable de novo by the District Court. Similarly, the time
for them to file a response to the objections will expire on the
same date. Id. There is no necessity for such a response when
the Objection is plainly in error in seeking de novo review, and
accordingly there will likely be no response for the debtor to
then reply to. Accordingly, the matter will likely be ripe to
transmit to the Clerk of the District Court on Monday November
27, 2006.

IV

    In light of the foregoing, it is

    ORDERED that on November 27, 2006, the Clerk shall ascertain
whether the Objection is ready to be transmitted to the District
Court, and, if so, transmit the Objection to the Clerk of the

4

District Court in accordance with District Court Local Bankruptcy
Rule 5011-2(f) (made applicable by Rule 9033-1(b)), unless Ms.
Moore-Edwards withdraws the document before the Clerk acts to
make the transmittal.  It is further

    ORDERED that as part of the record transmitted, the Clerk
shall include:

- Docket Entry ("DE") No. 38 (Trustee's Final Report and Proposed Distribution);
- DE No. 46 (Debtor's Objection to Final Report);
- DE No. 51 (Chapter 7 Trustee's Final Report and Account Amended Filed by Marc E. Albert);
- DE No. 54 (Order Disapproving Final Report (DE# 41), Approving Amended Final Report, Trustee's Application for Compensation and Directing Final Distribution of Funds on Hand);
- DE No. 57 (Objection to Final Report);
- a copy of this order; and
- a copy of the docket sheet for this bankruptcy case.

                                  [Signed and dated above.]

Copies to:

Debtor

Debtor's Attorney

Chapter 7 Trustee

Darrell W. Clark, Esq.

Brenda Moore-Edwards
798 Col. Edmonds Court
Warrenton, VA 20186

Office of United States Trustee

# U.S. Bankruptcy Court
# United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
## Bankruptcy Petition #: 05-02168
### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 7
Voluntary
Asset

*Date Filed:* 10/15/2005
*Date Discharged:* 06/08/2006

**Debtor**
**David W. Edwards**
6312 Wiscasset Rd
Bethesda, MD 20816
SSN: 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
*dba*
**Edwards Consulting**

represented by **Edward M. Kimmel**
Kimmel & Roxborough, LLC
7629 Carroll Avenue
Suite 500
Takoma Park, MD 20912
301-891-8454
Fax : 301-270-2137
Email: kimmel@debts-solved.com

**Trustee**
**Marc E. Albert**
Stinson, Morrison, & Hecker, LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816
202-785-9100

represented by **Stinson Morrison Hecker LLP**
1150 18th St., NW
Suite 800
Washington, DC 20036
(202) 785-9100

**U.S. Trustee**
**U. S. Trustee for Region Four**
U. S. Trustee's Office
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314
703-557-7183

| Filing Date | # | Docket Text |
|---|---|---|
| 10/15/2005 | 1 | Chapter 7 Voluntary Petition *and all statements and schedules*. Fee Amount $209 Filed by David W. Edwards Government Proof of Claim due by 4/13/2006. (Kimmel, Edward) (Entered: 10/15/2005) |
| 10/15/2005 | 2 | Receipt of Chapter 7 Voluntary Petition(05-02168) [misc,volp7] ( 209.00) Filing Fee. Receipt number323571. Fee Amount 209.00 (U.S. Treasury) (Entered: 10/15/2005) |
| 10/18/2005 | | First Meeting of Creditors with 341(a) meeting to be held on 11/29/2005 at 09:00 AM at U.S. Trustee's Meeting Room. Objections |

| | | |
|---|---|---|
| | | for Discharge due by 01/28/2006. (admin, ) (Entered: 10/18/2005) |
| 10/20/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. PLEASE UPLOAD THE CREDITORS IF YOU HAVE NOT YET UPLOADED THEM. IF YOU FAIL TO DO SO, THE FAILURE WILL BE REFERRED TO THE COURT FOR ITS CONSIDERATION OF APPROPRIATE SANCTIONS AGAINST COUNSEL OR AGAINST THE DEBTOR. (Re: Related Document (s) #:1 Chapter 7 Voluntary Petition) YOU HAVE UNTIL 10/24/2005 for 1, TO CORRECT THIS DEFICIENCY. (Wilkens, Nicole) (Entered: 10/20/2005) |
| 10/20/2005 | ● | U. S. Trustee for Region Four, has been Added as an Interested Party in this Newly Filed Bankruptcy Case. (Wilkens, Nicole) (Entered: 10/20/2005) |
| 10/20/2005 | ●3 | First Meeting of Creditors Notice Generated and Sent to BNC (Wilkens, Nicole) (Entered: 10/20/2005) |
| 10/24/2005 | ●4 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:3 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 30. Service Date 10/24/2005. (Admin.) (Entered: 10/25/2005) |
| 10/26/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE B-21 FORM, STATEMENT OF DEBTOR'S SOCIAL SECURITY NUMBER, WAS NOT SUBMITTED. PLEASE E-FILE THE B-21 FORM. (Re: Related Document(s) #:1 Chapter 7 Voluntary Petition) YOU HAVE UNTIL 10/31/2005 for 1, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Wilkens, Nicole) (Entered: 10/26/2005) |
| 10/26/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE VENUE PORTION OF THE VOLUNTARY PETITION IS FILLED IN. PLEASE FILE AN AMENDED PLEADING WITH THE COMPLETED INFORMATION. (Re: Related Document(s) #:1 Chapter 7 Voluntary Petition) YOU HAVE UNTIL 10/31/2005 for 1, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Wilkens, Nicole) (Entered: 10/26/2005) |
| 10/26/2005 | ●5 | Letter Re: Notice to Consumer Debtor (Wilkens, Nicole) (Entered: 10/26/2005) |
| | | |

| 10/31/2005 | 6 | Statement of Social Security Number(s) - (Form B-21) Filed by David W. Edwards. (Kimmel, Edward) (Entered: 10/31/2005) |
| 11/01/2005 | ●7 | Response *to Deficiency Notice re Venue* Filed by David W. Edwards (Kimmel, Edward) (Entered: 11/01/2005) |
| 11/01/2005 | ●8 | Notice to Consumer Debtor Filed by David W. Edwards. (Kimmel, Edward) (Entered: 11/01/2005) |
| 11/23/2005 | ● | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office. (Albert, Marc) (Entered: 11/23/2005) |
| 11/23/2005 | ●9 | Request to Withdraw Document Filed by Marc E. Albert. (Re: Related Document(s) #: Chapter 7 Trustee's Report of No Distribution,.) (Albert, Marc) (Entered: 11/23/2005) |
| 12/02/2005 | ● | Section 341 Meeting of Creditors was held *11/29/2005*. (Albert, Marc) (Entered: 12/02/2005) |
| 01/09/2006 | ●10 | Application to Employ Stinson Morrison Hecker LLP as Attorneys Filed by Marc E. Albert (Attachments: # 1 Verified Statement# 2 Proposed Order) (xAlbert2, Marc) (Entered: 01/09/2006) |
| 01/09/2006 | ● | Trustee Request for Asset Notice. The Clerk will please send a notice to all creditors and parties in interest stating that there may be assets available for distribution and requiring that Proofs of Claim be filed in this case. Filed by Marc E. Albert (xAlbert2, Marc) (Entered: 01/09/2006) |
| 01/23/2006 | ●11 | Notice of Possible Dividends (Re: Related Document(s) #: Notice of Possible Dividend - Asset Designation, ) (Tyson, Katina) (Entered: 01/23/2006) |
| 01/25/2006 | ●12 | Motion to Extend Time Period *for Filing Complaint Objecting to Discharge Pursuant to 11 U.S.C. Section 727*. Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (Clark, Darrell) (Entered: 01/25/2006) |
| 01/25/2006 | ●13 | Notice of Opportunity to Object Filed by Marc E. Albert. (Re: Related Document(s) #:12 Motion to Extend/Shorten Time.) Objections due by 2/6/2006. (Clark, Darrell) (Entered: 01/25/2006) |

| 01/25/2006 | ●14 | BNC Certificate of Mailing - Notice. (Re: Related Document(s) #:11 Notice of Possible Dividends) No. of Notices: 32. Service Date 01/25/2006. (Admin.) (Entered: 01/26/2006) |
| 01/26/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:10 Application to Employ) (Tyson, Katina) (Entered: 01/26/2006) |
| 02/01/2006 | ●15 | Order Granting Application to Employ Stinson Morrison Heacker as Counsel for the Trustee (Related Document #: 10) Entered on 2/1/2006. (Spayd, Lisa) (Entered: 02/01/2006) |
| 02/09/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:12 Motion to Extend/Shorten Time) (Tyson, Katina) (Entered: 02/09/2006) |
| 02/16/2006 | ●16 | Order Granting Motion to Extend Time To File A Complaint Objecting To Discharge Sec. 727 Until March 29, 2006 (Related Document #: 12) Entered on 2/16/2006. (Tyson, Katina) (Entered: 02/16/2006) |
| 02/16/2006 | ●17 | BNC Certificate of Service - Notice of Possible Dividends. (Re: Related Document(s) #:11 Notice of Possible Dividends) Proofs of Claim due by 4/23/2006. (Tyson, Katina) (Entered: 02/16/2006) |
| 02/16/2006 | | Deadlines Updated (Re: Related Document(s) #: First Meeting of Creditors (Chapter 7)) Last day to oppose discharge or dischargeability is 3/29/2006. (Tyson, Katina) (Entered: 02/16/2006) |
| 02/18/2006 | ●18 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:16 Order on Motion to Extend Time) No. of Notices: 2. Service Date 02/18/2006. (Admin.) (Entered: 02/19/2006) |
| 03/09/2006 | ●19 | Notice of Appearance and Request to Add Party to Mailing Matrix Filed by eCAST Settlement Corporation assignee of MBNA America Bank NA. (Weisman, Gilbert) (Entered: 03/09/2006) |
| 03/24/2006 | ●20 | Application to Compromise with Debtor, David W. Edwards Filed by Marc E. Albert (Attachments: # 1 Proposed Order # 2 Exhibit A) (Clark, Darrell) (Entered: 03/24/2006) |
| 03/24/2006 | ●21 | Notice of Opportunity to Object *To Motion To Approve Compromise of Controversy* Filed by Marc E. Albert. (Re: Related Document(s) #:20 Application to Compromise.) Objections due by 4/13/2006 for 20,. (Clark, Darrell) (Entered: 03/24/2006) |
| 03/24/2006 | ●22 | Certificate of Service Filed by Marc E. Albert. (Re: Related Document(s) #:21 Notice of Opportunity to Object (20 Days).) |

| | | (Clark, Darrell) (Entered: 03/24/2006) |
|---|---|---|
| 03/29/2006 | ●23 | Motion to Extend Time Period *for Filing Complaint Objecting to Discharge Pursuant to 11 U.S.C. Section 727.* Filed by Marc E. Albert (Re: Related Document(s) #:12 Motion to Extend/Shorten Time.) (Attachments: # 1 Proposed Order) (Becker, Katherine) (Entered: 03/29/2006) |
| 03/29/2006 | ●24 | Notice of Opportunity to Object Filed by Marc E. Albert. (Re: Related Document(s) #:23 Motion to Extend/Shorten Time,.) Objections due by 4/10/2006. (Becker, Katherine) (Entered: 03/29/2006) |
| 04/27/2006 | ●25 | Order Granting Motion For Approval Of Compromise Of Controversy Under Fed. R. Bankr. Pro. 9019(Related Document #: 20) Entered on 4/27/2006. (Jackson, Renee) (Entered: 04/27/2006) |
| 04/27/2006 | ●26 | Order Granting Motion To Further Extend Time Period For Filing Complaint Objecting To Discharge Pursuant to 11 U.S.C. Section 727 (Related Document #: 23) Entered on 4/27/2006. (Jackson, Renee) (Entered: 04/27/2006) |
| 04/29/2006 | ●27 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:26 Order on Motion to Extend Time) No. of Notices: 1. Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 05/04/2006 | ●28 | Application for Compensation *Of Trustee's Counsel For The Period From February 2006 Through May 2006* for Stinson Morrison Hecker, LLP, Trustee's Attorney, Fee: $8,701.50, Expenses: $133.60. Filed by Darrell W. Clark (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B) (Clark, Darrell) (Entered: 05/04/2006) |
| 05/04/2006 | ●29 | Notice of Opportunity to Object Filed by Marc E. Albert. (Re: Related Document(s) #:28 Application for Compensation,.) Objections due by 5/24/2006 for 28,. (Clark, Darrell) (Entered: 05/04/2006) |
| 05/04/2006 | ●30 | Certificate of Service Filed by Marc E. Albert. (Re: Related Document(s) #:29 Notice of Opportunity to Object (20 Days).) (Attachments: # 1 Matrix List)(Clark, Darrell) (Entered: 05/04/2006) |
| 05/26/2006 | ●31 | Order Granting First and Final Application For Compensation by Chapter 7 trustee's Counsel for the Period 2/06 Through 5/06. (Related Document #: 28) Granting for Stinson Morrison Hecker, LLP, fees awarded: $8701.50, expenses awarded: $133.60 Entered on 5/26/2006. (Myers, Sally) (Entered: 05/26/2006) |
| | | |

| 05/28/2006 | ●32 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:31 Order on Application for Compensation, ) No. of Notices: 2. Service Date 05/28/2006. (Admin.) (Entered: 05/29/2006) |
| --- | --- | --- |
| 06/08/2006 | ●33 | Order Discharging Debtor (Related Document(s) #: First Meeting of Creditors (Chapter 7).) Order entered on 6/8/2006. (Jackson, Renee) (Entered: 06/08/2006) |
| 06/10/2006 | ●34 | BNC Certificate of Mailing - Order of Discharge. (Re: Related Document(s) #:33 Order Discharging Debtor) No. of Notices: 35. Service Date 06/10/2006. (Admin.) (Entered: 06/11/2006) |
| 07/06/2006 | ●35 | Objection to Claim Number by Claimant Brenda Moore-Edwards. Filed by David W. Edwards (Attachments: # 1 Proposed Order Order Disallowing Claim of Brenda Moore-Edwards) (Kimmel, Edward) (Entered: 07/06/2006) |
| 07/10/2006 | ●36 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:35 Objection to Claim) Deficient Pleading (s)/Document(s) due by 7/17/2006 for 35, . (Jackson, Renee) (Entered: 07/10/2006) |
| 07/17/2006 | ●37 | Notice of Opportunity to Object *re Debtors Objection to Proof of Claim of Brenda Moore Edwards* Filed by Edward M. Kimmel on behalf of David W. Edwards. (Re: Related Document(s) #:35 Objection to Claim, 36 Notice to Party Filing Deficient Pleading (s)/Document(s).) Objections due by 8/16/2006 for 35 and for 36,. (Kimmel, Edward) (Entered: 07/17/2006) |
| 07/19/2006 |  | Deadlines Terminated Regarding De #'s 35 and 36. (Jackson, Renee) (Entered: 07/19/2006) |
| 08/09/2006 | ●38 | Opposition To Debtor's Objection To The Proof Of Claim Filed by Brenda Moore-Edwards (Re: Related Document(s) #:35 Objection to Claim.) (Jackson, Renee) (Entered: 08/14/2006) |
| 08/15/2006 | ●39 | Notice of Appearance and Request to Add Party to Mailing Matrix Filed by 0 eCAST Settlement Corporation assignee of Chase Bank USA N A. (Weisman, Gilbert) (Entered: 08/15/2006) |
| 08/16/2006 | ●40 | Hearing Scheduled (Re: Related Document(s) #:35 Objection to Claim of Brenda Moore-Edwards filed by David W. Edwards) Hearing scheduled for 9/19/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 08/16/2006) |
| 08/16/2006 | ●41 | Chapter 7 Trustee's Final Report and Account Filed by Marc E. Albert (Attachments: # 1 UST Certification# 2 Forms 1 and 2# 3 |

| | | Claims Proposed Distribution# 4 Proposed Order)(Albert, Marc) (Entered: 08/16/2006) |
|---|---|---|
| 08/16/2006 | ◑42 | Application for Compensation for Marc E. Albert, Trustee Chapter 7, Fee: $5125.71, Expenses: $0. Filed by Marc E. Albert (Attachments: # 1 Trustee's Analysis of Time# 2 Proposed Order) (Albert, Marc) (Entered: 08/16/2006) |
| 08/16/2006 | ◑43 | Chapter 7 Trustee's Notice of Final Report. Service Date 8/16/2006. Filed by Marc E. Albert (Re: Related Document(s) #:41 Chapter 7 Trustee's Final Report and Account.) Objections to Final Report due by 9/5/2006. (Albert, Marc) (Entered: 08/16/2006) |
| 08/16/2006 | ◑44 | Certificate of Service Filed by Marc E. Albert. (Re: Related Document(s) #:42 Application for Compensation, 43 Chapter 7 Trustee's Notice of Final Report, 41 Chapter 7 Trustee's Final Report and Account.) (Attachments: # 1 Mailing Matrix)(Albert, Marc) (Entered: 08/16/2006) |
| 08/18/2006 | ◑45 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:40 Hearing Scheduled) No. of Notices: 2. Service Date 08/18/2006. (Admin.) (Entered: 08/19/2006) |
| 09/05/2006 | ◑46 | Objection Filed by David W. Edwards (Re: Related Document(s) #:41 Chapter 7 Trustee's Final Report and Account.) (Kimmel, Edward) (Entered: 09/05/2006) |
| 09/06/2006 | ◑47 | Hearing Scheduled (Re: Related Document(s) #:41 Chapter 7 Trustee's Final Report and Account) Hearing scheduled for 9/19/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 09/06/2006) |
| 09/06/2006 | ◑ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. ALL OBJECTIONS REQUIRE A PROPOSED ORDER. ALSO, THE PROPOSED ORDER MUST BE UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:46 Objection) YOU HAVE UNTIL 9/11/2006 for 46, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Meador, Patti) (Entered: 09/06/2006) |
| 09/08/2006 | ◑48 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:47 Hearing Scheduled) No. of Notices: 2. Service Date 09/08/2006. (Admin.) (Entered: 09/09/2006) |
| | | |

| | | |
|---|---|---|
| 09/14/2006 | | Deadlines Terminated Regarding DE#46 - Deficiency Cured. (Jackson, Renee) (Entered: 09/14/2006) |
| 09/19/2006 | ●49 | Hearing Continued (Re: Related Document(s) #:35 Objection to Claim of Brenda Moore-Edwards Filed by David W. Edwards 41 Chapter 7 Trustee's Final Report and Account) Hearing scheduled for 10/17/2006 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 09/20/2006) |
| 10/17/2006 | ●53 | Hearing Held (Re: Related Document(s) #:41 Chapter 7 Trustee's Final Report and Account; #:35 Objection to Claim Of Brenda Moore Edwards Filed by David W. Edwards) OTBS by Darrell Clark (Myers, Sally) (Entered: 10/23/2006) |
| 10/19/2006 | ●50 | Order Disallowing Claim #8 of Brenda Moore-Edwards (Related Document #: 35) Entered on 10/19/2006. (Re: Related Document(s) #:35 Objection to Claim.) (Myers, Sally) (Entered: 10/19/2006) |
| 10/20/2006 | ●51 | Chapter 7 Trustee's Final Report and Account *Amended* Filed by Marc E. Albert (Attachments: # 1 Claims Proposed Distribution# 2 Form 1# 3 Form 2# 4 Proposed Order)(Albert, Marc) (Entered: 10/20/2006) |
| 10/21/2006 | ●52 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:50 Order on Objection to Claim) No. of Notices: 3. Service Date 10/21/2006. (Admin.) (Entered: 10/22/2006) |
| 10/27/2006 | ●54 | Order Disapproving Final Report (DE# 41), Approving Amended Final Report, Trustee's Application for Compensation and Directing Final Distribution of Funds on Hand. Order entered on 10/27/2006. (Myers, Sally) (Entered: 10/27/2006) |
| 10/29/2006 | ●55 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:54 Order of Distribution) No. of Notices: 3. Service Date 10/29/2006. (Admin.) (Entered: 10/29/2006) |
| 11/03/2006 | ●56 | Objection Filed by Brenda Moore-Edwards (Re: Related Document (s) #:50 Order on Objection to Claim.) (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7# 7 Part 8) (Jackson, Renee) (Entered: 11/06/2006) |
| 11/09/2006 | ●57 | Objection Filed by Brenda Moore-Edwards (Re: Related Document (s) #:51 Chapter 7 Trustee's Final Report and Account.) (Jackson, Renee) (Entered: 11/09/2006) |
| 11/21/2006 | ●58 | Order Directing Clerk Re Handling of Request of Brenda Moore-Edwards For DE NOVO REVIEW (Entitled "Objection to Order |

| | | |
|---|---|---|
| | | Disallowing Claim No. 8 of Brenda Moore-Edwards") (Related Document(s) #:56 Objection.) Order entered on 11/21/2006. (Myers, Sally) (Entered: 11/21/2006) |
| 11/21/2006 | ●59 | Order Directing Clerk Re Handling of Request of Brenda Moore-Edwards for DE NOVO REVIEW (Entitled "Objection to Trustee's Final Report") (Related Document(s) #:57 Objection.) Order entered on 11/21/2006. (Myers, Sally) (Entered: 11/21/2006) |
| 11/23/2006 | ●60 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:58 Order, ) No. of Notices: 3. Service Date 11/23/2006. (Admin.) (Entered: 11/24/2006) |
| 11/23/2006 | ●61 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:59 Order) No. of Notices: 3. Service Date 11/23/2006. (Admin.) (Entered: 11/24/2006) |
| 12/06/2006 | ●62 | Transmittal of Record to U.S. District Court District of Columbia For De Novo Review. Filed by Court (Re: Related Document(s) #:59 Order) (Jackson, Renee) (Entered: 12/06/2006) |
| 12/06/2006 | ●63 | Transmittal of Record to U.S. District Court District of Columbia for De Novo Review. Filed by Court (Re: Related Document(s) #:58 Order, ) (Jackson, Renee) (Entered: 12/06/2006) |
| 12/14/2006 | ●64 | Receipt of Record for De Novo Review from United States District Court for the District of Columbia, Case Number 1:06cv02130, Assigned to Judge Rosemary M. Collyer. Related Documents: 58 Order Directing Clerk Re Handling of Request of Brenda Moore-Edwards for DE NOVO REVIEW (Entitled "Objection to Order Disallowing Claim No. 8 of Brenda Moore-Edwards") (Meador, Patti) Additional attachment(s) added on 1/26/2007 (Jackson, Renee). Modified on 1/26/2007 TO CORRECT PDF (Jackson, Renee). Modified on 1/30/2007 TO CREATE LINKAGE (Jackson, Renee). (Entered: 12/15/2006) |
| 01/09/2007 | ●65 | Transcript of Hearing Held 9/19/06 (Myers, Sally) (Entered: 01/09/2007) |
| 01/17/2007 | ●66 | Application to Close Case and Discharge Trustee Filed by Marc E. Albert (Attachments: # 1 UST Certification# 2 Form 2# 3 Form 4# 4 Proposed Order)(Albert, Marc) (Entered: 01/17/2007) |
| 01/30/2007 | | Documents 58 And 59 Terminated. (Jackson, Renee) (Entered: 01/30/2007) |
| 01/30/2007 | ●67 | Receipt of Record for De Novo Review from United States District |

Court for the District of Columbia, Case Number 1:07cv00189, Assigned to Judge Rosemary M. Collyer. (Re: Related Document(s) #:62 Transmittal of Record to U.S. District Court District of Columbia For De Novo Review. Filed by Court (Re: Related Document(s) #:59 Order) ) (Jackson, Renee) Modified on 1/30/2007 TO ENHANCE TEXT (Jackson, Renee). (Entered: 01/30/2007)

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT

BY: *Renee J Jackson*

E
07-189
RMC

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**

*En Re: David W. Edwards*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**DEFENDANTS**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

A1    CASE NUMBER  1:07CV00189

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 01/29/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☒ 3 Federal Question
   (U.S. Government Not a Party)

☐ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties
   in item III)

**III CITIZENSHI**
FOR PLAINTIFF A

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☒ **E. General Civil (Other)  OR  ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*BANKRuptcy APPEAL 11: 8001*

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint JURY DEMAND: ☐ YES  ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

**DATE**    **SIGNATURE OF ATTORNEY OF RECORD**   *NCD*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd